JINA L. CHOI (Admitted to the N.Y. Bar)
MICHAEL S. DICKE (Cal. Bar No. 158187)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
 lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
 pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:11-CV-00053-KJM-KJN |
| Plaintiff, | |
| v. | **MOTION FOR VOLUNTARY DISMISSAL AS TO DEFENDANT IAN LAMPHERE BASED UPON HIS DEATH** |
| GENDARME CAPITAL CORPORATION, IAN LAMPHERE, EZAT RAHIMI, and CASSANDRA ARMENTO, | |
| Defendants. | |

MOTION FOR VOLUNTARY DISMISSAL AS TO LAMPHERE
SEC v. GENDARME CAPITAL CORP, ET AL.
CASE NO. 2:11-CV-00053-KJM-KJN

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104
(415) 705-2500

The Commission hereby moves, pursuant to Federal Rule of Civil Procedure 41(a)(2), for an order dismissing this action as to Defendant Ian Lamphere. According to public sources, and as confirmed by defense counsel, Defendant Lamphere died in or around April 2013.

The Commission chiefly seeks in this case specific, injunctive relief against each defendant, including the individual defendants. In particular, the Commission has alleged that the defendants engaged in conduct that violates the securities laws and, in this case, the Commission primarily seeks orders prohibiting the defendants from engaging in certain conduct in the future. (*See* proposed Final Judgments, by consent, filed herewith.) Under general tort principals applied by federal courts, this type of injunctive relief is considered personal to the defendants and therefore abates upon the death of a defendant. *See, e.g., SEC v. Wyly*, 860 F. Supp. 2d 275 (S.D.N.Y. 2012) (at SEC's suggestion, dismissing claims for specific injunctions, while granting SEC's motion to substitute as defendant estate of decedent to pursue disgorgement claim, in order to prevent unjust enrichment).

Accordingly, the Commission respectfully submits that the claims against Defendant Lamphere be dismissed.

Dated: May 9, 2014

Respectfully submitted,

*/s/ Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

MOTION FOR VOLUNTARY DISMISSAL AS TO LAMPHERE
SEC v. GENDARME CAPITAL CORP, ET AL.
CASE NO. 2:11-CV-00053-KJM-KJN

2

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104
(415) 705-2500