JINA L. CHOI (Admitted to the N.Y. Bar)
MICHAEL S. DICKE (Cal. Bar No. 158187)
SUSAN F. LA MARCA (Cal. Bar No. 213251)
  lamarcas@sec.gov
JEREMY E. PENDREY (Cal. Bar No. 187075)
  pendreyj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  2:11-CV-00053-KJM-KJN |
| Plaintiff, | |
| v. | **FINAL JUDGMENT AGAINST DEFENDANT CASSANDRA ARMENTO** |
| GENDARME CAPITAL CORPORATION, IAN LAMPHERE, EZAT RAHIMI, and CASSANDRA ARMENTO, | |
| Defendants. | |

ARMENTO FINAL JUDGMENT
SEC v. GENDARME CAPITAL CORP, ET AL.
CASE NO. 2:11-CV-00053-KJM-KJN

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA  94104
(415) 705-2500

The Securities and Exchange Commission having filed a Complaint and Defendant Cassandra Armento ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 5(a) and 5(c) of the Securities Act [15 U.S.C. §§ 77e(a) and 77(e)(c)] by, directly or indirectly, in the absence of any applicable exemption:

(a) Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise; or

(b) Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

ARMENTO FINAL JUDGMENT
SEC v. GENDARME CAPITAL CORP, ET AL.
CASE NO. 2:11-CV-00053-KJM-KJN

1

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104
(415) 705-2500

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from, through any entity owned or controlled by Defendant, participating in the issuance, offer, or sale of any security in an unregistered transaction; provided, however, that such injunction shall not prevent Defendant from purchasing or selling securities listed on a national securities exchange for her own personal account.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Defendant Cassandra Armento to Entry of Final Judgment is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated:  May 22, 2014.

_____
UNITED STATES DISTRICT JUDGE
ARMENTO FINAL JUDGMENT
SEC v. GENDARME CAPITAL CORP, ET AL.
CASE NO. 2:11-CV-00053-KJM-KJN

2

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA  94104
(415) 705-2500