1  JINA L. CHOI (Admitted to the N.Y. Bar)
   MICHAEL S. DICKE (Cal. Bar No. 158187)
2  SUSAN F. LA MARCA (Cal. Bar No. 213251)
     lamarcas@sec.gov
3  JEREMY E. PENDREY (Cal. Bar No. 187075)
     pendreyj@sec.gov
4

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, Suite 2800
   San Francisco, California  94104
7  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501
8

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12                          SACRAMENTO DIVISION

13

| 14  SECURITIES AND EXCHANGE COMMISSION, | Case No.  2:11-CV-00053-KJM-KJN |
|---|---|
| 15          Plaintiff, | |
| 16       v. | **FINAL JUDGMENT AGAINST DEFENDANT GENDARME CAPITAL CORPORATION** |
| 17  GENDARME CAPITAL CORPORATION, IAN LAMPHERE, EZAT RAHIMI, and CASSANDRA ARMENTO, | |
| 18 | |
| 19          Defendants. | |

20

21

22

23

24

25

26

27

28

GENDARME FINAL JUDGMENT
SEC v. GENDARME CAPITAL CORP., ET AL.
CASE NO. 2:11-CV-00053-KJM-KJN

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA  94104
(415) 705-2500

The Securities and Exchange Commission having filed a Complaint and Defendant

Gendarme Capital Corporation ("Defendant") having entered a general appearance; consented to

the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of

this Final Judgment without admitting or denying the allegations of the Complaint (except as to

jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from

this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and

Defendant's agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or

otherwise are permanently restrained and enjoined from violating Section 5(a) and 5(c) of the

Securities Act [15 U.S.C. §§ 77e(a) and 77(e)(c)] by, directly or indirectly, in the absence of any

applicable exemption:

(a)     Unless a registration statement is in effect as to a security, making use of any means

or instruments of transportation or communication in interstate commerce or of the

mails to sell such security through the use or medium of any prospectus or

otherwise; or

(b)     Making use of any means or instruments of transportation or communication in

interstate commerce or of the mails to offer to sell or offer to buy through the use or

medium of any prospectus or otherwise any security, unless a registration statement

has been filed with the Commission as to such security, or while the registration

statement is the subject of a refusal order or stop order or (prior to the effective date

of the registration statement) any public proceeding or examination under Section 8

of the Securities Act [15 U.S.C. § 77h].

GENDARME FINAL JUDGMENT
SEC v. GENDARME CAPITAL CORP., ET AL.
CASE NO. 2:11-CV-00053-KJM-KJN

1

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA  94104
(415) 705-2500

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from, through any entity owned or controlled by Defendant, participating in the issuance, offer, or sale of any security in an unregistered transaction; provided, however, that such injunction shall not prevent Defendant from purchasing or selling securities listed on a national securities exchange for his own personal account.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Defendant Gendarme Capital Corporation to Entry of Final Judgment is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated:  May 22, 2014.

_____
UNITED STATES DISTRICT JUDGE

GENDARME FINAL JUDGMENT
SEC v. GENDARME CAPITAL CORP, ET AL.
CASE NO. 2:11-CV-00053-KJM-KJN

2

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA  94104
(415) 705-2500